IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07CR12

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| MAGDALENO ROMERO. | ) | |
| | ) | |

**THIS CAUSE** coming on to be heard and being heard before the undersigned on March 5, 2007 for the purpose of an inquiry into status of counsel and arraignment and detention hearing. It appearing to the court at the call of this matter on for hearing that Johnny S. Gaskins made a general appearance for the defendant in regard to these charges. As a result of the appearance of Mr. Gaskins, the undersigned will enter a order allowing the withdrawal of Fredilyn Sison who had been previously appointed to represent the defendant by the court in this matter.

**ORDER**

**WHEREFORE, IT IS ORDERED** that Fredilyn Sison is hereby allowed to withdraw as counsel for the defendant in the above entitled cause.

Signed: March 12, 2007

Dennis L. Howell
United States Magistrate Judge